IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bryant, Freddell | Case Number: 05 B 14614 |
|---|---|---|
| | Bryant, Francine H | Judge: Goldgar, A. Benjamin |
| | Printed: 4/15/08 | Filed: 4/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 12, 2007
Confirmed: June 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 27,300.00 | |
| Secured: | | 23,870.43 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,120.00 |
| Trustee Fee: | | 1,299.70 |
| Other Funds: | | 9.87 |
| Totals: | 27,300.00 | 27,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 2,120.00 | 2,120.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 9,496.43 | 8,778.48 |
| 4. | National Furniture | Secured | 203.12 | 179.18 |
| 5. | City Of Chicago | Secured | 73.64 | 68.31 |
| 6. | Nuvell Financial Services | Secured | 16,058.51 | 14,844.46 |
| 7. | Internal Revenue Service | Priority | 5,293.04 | 0.00 |
| 8. | Press L Jacobs | Unsecured | 0.00 | 0.00 |
| 9. | DaimlerChrysler Servs North America | Unsecured | 2,796.15 | 0.00 |
| 10. | Student Loan Marketing Assn | Unsecured | 23,000.00 | 0.00 |
| 11. | City Of Chicago | Unsecured | 60.86 | 0.00 |
| 12. | Student Loan Marketing Assn | Unsecured | 15,299.66 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 1,830.74 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 4,829.73 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 64.23 | 0.00 |
| 16. | B-Line LLC | Unsecured | 2,104.18 | 0.00 |
| 17. | Target National Bank | Unsecured | 448.04 | 0.00 |
| 18. | Nuvell Financial Services | Unsecured | 8,500.87 | 0.00 |
| 19. | B-Line LLC | Unsecured | 3,406.95 | 0.00 |
| 20. | Sallie Mae | Unsecured | 13,429.97 | 0.00 |
| 21. | Internal Revenue Service | Unsecured | 306.20 | 0.00 |
| 22. | B-Line LLC | Unsecured | 2,230.45 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 7,887.08 | 0.00 |
| 24. | Chase Cardmember Services | Unsecured | | No Claim Filed |
| 25. | SBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bryant, Freddell  
Bryant, Francine H  
Printed: 4/15/08

Case Number: 05 B 14614  
Judge: Goldgar, A. Benjamin  
Filed: 4/15/05

| | | | | |
|---|---|---|---|---|
| 26. | Gerald H Henderson | Unsecured | | No Claim Filed |
| 27. | Madeline Harris | Unsecured | | No Claim Filed |
| 28. | Cross Country Bank | Unsecured | | No Claim Filed |
| 29. | AFNI | Unsecured | | No Claim Filed |
| 30. | State Farm Insurance Co | Unsecured | | No Claim Filed |

$ 119,439.85         $ 25,990.43

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 155.74 |
| 5.5% | 571.87 |
| 5% | 260.57 |
| 4.8% | 311.52 |

$ 1,299.70

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

